**MOSES & SINGER LLP**

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Barry Zone
Partner
Direct: (212) 554-7864  Fax: (917) 206-4364
bzone@mosessinger.com

October 13, 2015

**FILED VIA ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Nunzio Gentille,
      1:14 Cr. 00608 (AJN)

Dear Judge Nathan:

On behalf of the defendant, Nunzio Gentille, and with the government's consent, we respectfully request that sentencing, which is presently scheduled for October 16th, be adjourned to a date convenient to the Court, the week of November 16, 2015.

I make this request, because we are still resolving issues relative to the defendant's criminal history as well as other details contained in the PSR. We also still require some more time to gather information from family, relative to his history and personal characteristics.

Accordingly, I would respectfully request that Mr. Gentille's sentencing be adjourned as requested herein, to a date and time convenient to the Court.

The Court's consideration is greatly appreciated.

Respectfully,

Barry S. Zone

cc: AUSA Edward Diskant
    AUSA Andrew Beaty