```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    14cr608-1 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
NUNZIO GENTILLE,                         :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that C.J.A. counsel on duty this day, Thomas H. Nooter, is appointed to represent the defendant.

   SO ORDERED:

Dated:   New York, New York
         June 3, 2022

                                  _____
                                           DENISE COTE
                                  United States District Judge