```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    14CR608-1 (DLC)
UNITED STATES OF AMERICA,               :
                                        :         ORDER
              -v-                       :
                                        :
NUNZIO GENTILLE,                        :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on June 3, 2022, it is hereby

    ORDERED that the defendant Nunzio Gentille (D.O.B. 5/10/1986) is remanded to the custody of the United States Marshal's Service.

    SO ORDERED:

Dated:    New York, New York
           June 3, 2022

                                      _____
                                          DENISE COTE
                              United States District Judge