

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2022

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

<span style="color:red">**MEMO ENDORSED**</span>

Re:   *United States v. Nunzio Gentille*, 14 Cr. 608 (DLC)

Dear Judge Cote:

The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request the unsealing of all internal chronologies and records, including, but not limited to, all texts, WhatsApp messages, notes, witness statements, and videos, maintained by Probation in both the Southern and Eastern Districts of New York, detailing Nunzio Gentille's supervision from March 2022 to the present as they pertain to the violation specifications (the "Specifications") before the Court.

The Court has scheduled a VOSR hearing in this case for August 25, 2022. At that hearing, the Government intends to prove the Specifications set forth in the May 27, 2022 Violation Report, which concern conduct beginning in March 2022. The Government further anticipates that it may call a Probation Officer, among other witnesses, to testify at the hearing. Probation has indicated that they have information relevant to the Specifications and upcoming hearing contained within their chronologies and records, including relevant statements of the defendant and witnesses. Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies and records in advance of the August 25 hearing.

Application GRANTED.

SO ORDERED
July 19, 2022

_____
DENISE COTE
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Amanda Weingarten
Assistant United States Attorney
(212) 637-2257

cc: Thomas Nooter, Esq. (by ECF and email)
SDNY Supervisory Probation Officer Shawnté Lorick (by email)
EDNY Probation Officer Kristen Maharaj (by email)