```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
                 -v-                     :      14cr608-1 (DLC)
                                         :
 NUNZIO GENTILLE,                        :            ORDER
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having been notified on August 19, 2022 that the defendant has retained counsel, it is hereby

ORDERED that the defendant appear at a conference regarding his request to change counsel in Courtroom 18B, 500 Pearl Street, on **August 23, 2022 at 11:30 AM.**

Dated:   New York, New York
         August 19, 2022

                                      _____
                                        DENISE COTE
                                 United States District Judge