UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :

UNITED STATES OF AMERICA,        :

                  -v-                  :      14cr608-1 (DLC)

                                        :

NUNZIO GENTILLE,               :        ORDER

                                        :

                          Defendant.   :

                                        :
--------------------------------------X

DENISE COTE, District Judge:

     Having received the Government's letter of September 20, 2022 regarding the filing of audio exhibits and the filing of exhibits under seal, it hereby

     ORDERED that the request is granted as follows.  The Government shall file any recordings via a flash drive or CD with the Clerk of Court.  The Government's request to file three of the recordings under seal is granted.  The Government shall also submit all recordings to Chambers on a flash drive.

     SO ORDERED:

Dated:    New York, New York
           September 21, 2022

                                      _____
                                      DENISE COTE
                          United States District Judge